COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§

IN THE INTEREST OF ALESHKA
TELLEZ-GIRON, A CHILD.

§

§

§

§

No. 08-10-00358-CV

Appeal from the

383rd District Court

of El Paso County, Texas

(TC# 2010CM6209)

## MEMORANDUM  OPINION

The clerk's record for this appeal was due on April 2, 2011.  The district clerk notified the Clerk of this Court that Appellant failed to make financial arrangements for the record. Consequently, the clerk's record has not been filed.  On April 5 and April 25, 2011, the Clerk of this Court notified the parties that the Court intended to dismiss the appeal for want of prosecution unless they showed grounds within ten days for continuing the appeal.  The notices advised the parties that if no response was received, the appeal could be dismissed without further notice.  No one has responded to the notices.

When the clerk's record is not filed because the appellant failed to pay for it, we may dismiss the appeal for want of prosecution, unless the appellant cures the deficiency or shows that he is entitled to proceed without payment of costs.  TEX. R. APP. P. 37.3(b).  Appellant has been notified of the deficiency, but has neither cured it nor shown his entitlement to proceed without payment of costs.  Accordingly, we dismiss the appeal for want of prosecution.

GUADALUPE RIVERA, Justice

May 27, 2011

Before Chew, C.J., McClure, and Rivera, JJ.